JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-294 RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| vs. | ) | MOTION TO CONTINUE TRIAL DATE |
| | ) | |
| JONATHAN EARL GREEN, | ) | |
| Defendant. | ) | |
| | ) | |

Based on the unopposed motion of the parties to continue the trial date, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*Jonathan Green;* CR13-294RSM)         1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from November 18, 2013, to February 24, 2014. The resulting period of delay from November 18, 2013, to February 24, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than January 10, 2014.

DATED this 16th day of October 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/   Russell V. Leonard*
Russell V. Leonard, WSBA No. 19972
Assistant Federal Public Defender
Attorney for Jonathan Earl Green

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*Jonathan Green;* CR13-294RSM)    2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100